```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
AARON RUDDY,                             :
                                         :
                         Plaintiff,      :    25cv2304(DLC)
              -v-                        :
                                         :       ORDER
DANIEL F. MARTUSCELLO III, et al.,       :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Order of July 7, 2025 extended the defendants' time to respond to the complaint to July 29, 2025 and set a briefing schedule on any motion to dismiss. On July 29, 2025, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(1) and Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **August 15, 2025.** It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the schedule set forth in the July 7 Order shall remain in effect. Any opposition to the motion to dismiss is due by **August 26, 2025.** Defendants' reply, if any, shall be filed by

**September 12, 2025.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         July 30, 2025

                                                        _____
                                                        DENISE COTE
                                                United States District Judge