```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AARON RUDDY,                             :
                                         :
                        Plaintiff,       :    25cv2304 (DLC)
                                         :
            -v-                          :        ORDER
                                         :
DANIEL F. MARTUSCELLO III, et al.,       :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 29, 2025, defendants filed a motion to dismiss the original complaint pursuant to Rule 12(b)(1) and Rule 12(b)(6), Fed. R. Civ. P. An Order of July 29, 2025 directed plaintiff to file any amended complaint by August 15, 2025 and alerted plaintiff that he would likely not have another opportunity to amend. The plaintiff filed an amended complaint on August 14, 2025. Accordingly, it is hereby

ORDERED that the defendants' July 29, 2025 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **September 5, 2025**
- Opposition served by **September 19, 2025**
- Reply served by **September 26, 2025**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 15, 2025

                              _____
                                DENISE COTE
                              United States District Judge