# CHAREN KIM LAW FIRM

160 Broadway, 4th Floor
New York, NY 10038
T: (917) 941-0304
F: (212) 479-9488
Email: c.kim@ckimlawfirm.com

September 19, 2025

**FILED VIA ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, NY 10007

      **RE:**    **Ruddy v. Martuscello, et al.**
                   **Docket No.: 1:25-cv-2304 (DLC)**

Dear Judge Cote,

     Pursuant to Section (1)(D) of Your Honor's Individual Practices ("Requests for Adjournments or Extensions of Time") Plaintiff respectfully requests a fourteen (14) day extension of the deadline to file an opposition to Defendants' Renewed Motion to Dismiss from **September 26, 2025** to **October 10, 2025** along with a corresponding extension of the deadline for Defendants to file a Reply from **October 3, 2025** to **October 17, 2025**, in accordance with Your Honor's Order dated September 5, 2025 [Dkt. 39].

     The reason for this request is that, in light of the upcoming Jewish holiday of Rosh Hashanah, which begins next week and is observed by our office, additional time is required to review, prepare and file the opposition. Given the dispositive nature of Defendants' Motion to Dismiss, this extension will ensure a thorough and complete response. This is Plaintiff's first request of its kind, and is being made with the consent of Defendants.

     Thank you for your attention to the above. Please let us know if Your Honor requires any additional information.

Respectfully Submitted,

CHAREN KIM LAW FIRM

By: _____
Charen Kim, Esq.

*Granted.*
*[signature]*
*9/19/25*