```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AARON RUDDY,                            :
                                        :
                        Plaintiff,      :   25cv2304(DLC)
             -v-                        :
                                        :        ORDER
DANIEL F. MARTUSCELLO III, et al.,      :
                                        :
                        Defendants.     :
                                        :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 12, 2025, defendants Martuscello, Annucci, Towns, Mitchell, Trubridge, the New York State Department of Correctional Services and Community Supervision, and the New York State Division of Parole filed a motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P. An Order of September 19, 2025 extended plaintiff Ruddy's time to respond to that motion to October 10, and set a October 17 deadline for any reply. The final remaining defendant in the matter, defendant Jarvis, was served that same day on September 19, and her answer was also set to be due on October 10. Having received, on October 10, both defendant Jarvis's motion to dismiss and plaintiff Ruddy's opposition to the remaining defendants' September 12 motion, it is hereby

ORDERED that plaintiff shall file any opposition to Jarvis's motion to dismiss by **October 17, 2025.** Defendants'

reply to both opposition briefs, if any, shall be filed by **October 24, 2025.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
        October 14, 2025

                                  _____
                                       DENISE COTE
                           United States District Judge