**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
AARON RUDDY,

                    Plaintiff,                             25 **CIVIL** 2304 (DLC)

      -against-                                   **JUDGMENT**

DANIEL F. MARTUSCELLO III, et al.,

                    Defendants.
------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the

reasons set forth in the Court's Opinion  and Order dated February 05, 2026, the defendants'

September 12, 2025 and October 10, 2025 motions to dismiss are granted; accordingly, this case

is closed.


    **Dated:**  New York, New York             **TAMMI M. HELLWIG**
           February 6, 2026             _____
                                              **Clerk of Court**

                              BY:

                                       _____
                                       **Deputy Clerk**